**Michael J. Farrell, OSB No. 902587**
mfarrell@mblglaw.com
**David W. Cramer, OSB No. 113621**
dcramer@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile:  503-914-1725

Attorneys for Defendants Rushmore Loan
Management Services, LLC and US Bank
National Association as Legal Title Trustee
for Truman 2016 SC6 Title Trust

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JOEL GROSHONG, an individual, | |
| Plaintiff, | Case No. 3:19-cv-00658-SI |
| v. | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, a Delaware corporation; US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, a Minnesota Trust; and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation | **DEFENDANT US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant US Bank, National Association as Legal Title

Trustee for the Truman 2016 SC6 Title Trust ("US Bank NA") hereby declares:

///

Page 1 -  DEFENDANT US BANK NATIONAL ASSOCIATION AS
LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE
TRUST'S CORPORATE DISCLOSURE STATEMENT

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

US Bank NA is a wholly owned subsidiary of U.S. Bancorp. U.S. Bancorp is a publicly traded corporation on the New York Stock Exchange. U.S. Bancorp does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: May 22, 2019.

MB LAW GROUP, LLP


_s/ Michael J. Farrell_
Michael J. Farrell, OSB No. 902587
David W. Cramer, OSB No. 113621
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Email: mfarrell@mblglaw.com
Email: dcramer@mblglaw.com
*Attorneys for Defendants Rushmore Loan Management Services, LLC and US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile: 503-914-1725